U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED AND FILED

MAR 2 0 2024

CHRISTA K. BERRY, CLERK
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

UNITED STATES OF AMERICA

v.

FLORIN GEORGE IONITA

No. 2:24-cr-00036-NT

# INDICTMENT

The Grand Jury charges:

### COUNT 1
### Conspiracy to Commit Bank Fraud

1. At all times relevant to this Indictment, University Credit Union, cPort Credit Union, People's Choice Credit Union, Northeast Credit Union, Atlantic Federal Credit Union, and Midcoast Federal Credit Union were financial institutions as defined by 18 U.S.C. § 20.

2. When affixed to an automated teller machine ("ATM"), portable card reading devices (also known as skimming devices), read and record information encoded on the magnetic strip of access devices used at the targeted ATM by legitimate customers during the period in which the device is affixed. Such information includes, but is not limited to, personal identification and financial information such as bank account, credit card account, and ATM and debit card information.

3. Micro camera equipment, used in connection with skimming devices, captures the corresponding customer Personal Identification Number ("PIN") access codes as they are entered by legitimate customers in the course of transactions and

inquiries at ATM locations. The captured PINs can then be employed to authenticate fraudulent transactions conducted with the stolen account numbers.

4. Beginning on about June 15, 2023, and continuing until at least July 8, 2023, within the District of Maine and elsewhere, the defendants,

**FLORIN GEORGE IONITA**

knowingly conspired together and with others, known and unknown, to execute and attempt to execute a scheme to defraud financial institutions and to obtain money under the custody or control of financial institutions by means of false or fraudulent pretenses, representations, and promises.

**MANNER AND MEANS AND SCHEME TO DEFRAUD**

5. Defendants FLORIN GEORGE IONITA, ███████ and their co-conspirators used the following manner and means to carry out the conspiracy and scheme to defraud:

6. It was part of the conspiracy and scheme to defraud that FLORIN GEORGE IONITA, ███████ and their co-conspirators traveled to Maine to conduct their criminal activities.

7. It was part of the conspiracy and scheme to defraud that FLORIN GEORGE IONITA, ███████ and their co-conspirators stole the account information of customers at various financial institutions as outlined in paragraph 1 of this Indictment.

8. It was part of the conspiracy and scheme to defraud that FLORIN GEORGE IONITA, ███████ and their co-conspirators installed, maintained, and removed skimming devices inside and over the mouth of ATM card reading apparatuses

and further installed, maintained, and removed micro camera equipment on the ATMs belonging to financial institutions located within the District of Maine, including but not limited to Atlantic Federal Credit Union and cPort Credit Union.

9. It was part of the conspiracy and scheme to defraud that FLORIN GEORGE IONITA, ▮▮▮▮▮ and their co-conspirators coded the stolen account information onto access devices in order to make counterfeit access devices. Specifically, the defendants and their co-conspirators encoded the magnetic strips of blank cards (including gift cards) with the fraudulently obtained account numbers.

10. It was part of the conspiracy and scheme to defraud that FLORIN GEORGE IONITA, ▮▮▮▮▮ and their co-conspirators used the counterfeit access devices with the stolen account information at ATMs to withdraw cash from victims' financial accounts at various financial institutions as identified in paragraph 1 of this Indictment.

## OVERT ACTS

11. In furtherance of the conspiracy, at least one co-conspirator committed the following overt acts, among others:

### Installation and Removal of Skimming Devices

Overt Act 1: On June 16, 2023, defendants FLORIN GEORGE IONITA and ▮▮▮▮▮ installed a skimming device on the ATM at the Atlantic Federal Credit Union in Topsham, Maine.

Overt Act 2: On June 16, 2023, defendant FLORIN GEORGE IONITA installed a skimming device on the ATM at the cPort Credit Union in Portland, Maine.

Overt Act 3: On June 18, 2023, defendants FLORIN GEORGE IONITA and ▮▮▮▮▮▮▮▮ removed the skimming device previously placed on the ATM at the cPort Credit Union in Portland, Maine.

Overt Act 4: On June 30, 2023, defendant FLORIN GEORGE IONITA removed the skimming device previously placed on the ATM at the Atlantic Federal Credit Union in Topsham, Maine.

### Withdrawals Using Stolen Account Information

Overt Act 5: On June 24, 2023, the defendants presented a stolen financial account number and PIN belonging to Victim F.K. to University Credit Union, thereby withdrawing money from F.K.'s cPort Credit Union account.

Overt Act 6: On June 26, 2023, the defendants presented a stolen financial account number and PIN belonging to Victim A.C. to Northeast Credit Union, thereby withdrawing money from A.C.'s Northeast Credit Union account.

Overt Act 7: On July 8, 2023, the defendants presented a stolen financial account number and PIN belonging to Victim D.D. to Atlantic Federal Credit Union, thereby withdrawing money from D.D.'s Atlantic Federal Credit Union account.

Overt Act 8: On July 8, 2023, the defendants presented a stolen financial account number and PIN belonging to Victim A.G. to Atlantic Federal Credit Union, thereby withdrawing money from A.G.'s Atlantic Federal Credit Union account.

Overt Act 9: On July 8, 2023, the defendants presented a stolen financial account number and PIN belonging to Victim T.P. to Midcoast Federal Credit Union, thereby withdrawing money from T.P.'s Atlantic Federal Credit Union account.

Overt Act 10: On July 8, 2023, the defendants presented a stolen financial account number and PIN belonging to Victim R.C. to Midcoast Federal Credit Union, thereby withdrawing money from R.C.'s Atlantic Federal Credit Union account.

Overt Act 11: On July 8, 2023, the defendants presented a stolen financial account number and PIN belonging to Victim T.S. to Atlantic Federal Credit Union, thereby withdrawing money from T.S.'s Atlantic Federal Credit Union account.

In violation of Title 18, United States Code, Sections 1349 and 1344.

## COUNTS 2-8
## Bank Fraud

12. All prior paragraphs of this Indictment are incorporated herein.

13. On about the dates set forth below in each Count, in the District of Maine and elsewhere, the defendants,

**FLORIN GEORGE IONITA**

unlawfully, willfully and knowingly executed and attempted to execute a scheme to defraud financial institutions and to obtain money under the custody or control of financial institutions by means of false and fraudulent pretenses, representations, and promises. Specifically, the defendants presented stolen financial account numbers and PINs of victims to ATMs at financial institutions in Maine, and fraudulently obtained a total of approximately $134,000, and did aid and abet such conduct, as follows:

| Count | Date | Act | Transaction Location |
|---|---|---|---|
| 2 | 6/24/2023 | $500 Withdrawn from cPort Credit Union Bank Account Belonging to Victim F.K. | University Credit Union 391 Forest Ave. Portland, ME |

| Count | Date | Act | Transaction Location |
|---|---|---|---|
| 3 | 6/26/2023 | $480 Withdrawn from Northeast Credit Union Bank Account belonging to Victim A.C. | Northeast Credit Union 45 Portland Rd Kennebunk, ME |
| 4 | 7/8/2023 | $500 Withdrawn from Atlantic Federal Credit Union Bank Account belonging to Victim D.D. | Atlantic Federal Credit Union 41 Mallett Dr. Freeport, ME |
| 5 | 7/8/2023 | $480 Withdrawn from Atlantic Federal Credit Union Bank Account belonging to Victim A.G. | Atlantic Federal Credit Union 41 Mallett Dr. Freeport, ME |
| 6 | 7/8/2023 | $480 Withdrawn from Atlantic Federal Credit Union Bank Account belonging to Victim T.P. | Midcoast Federal Credit Union 186 Lower Main St. Freeport, ME |
| 7 | 7/8/2023 | $440 Withdrawn from Atlantic Federal Credit Union Bank Account belonging to Victim R.C. | Midcoast Federal Credit Union 186 Lower Main St. Freeport, ME |
| 8 | 7/8/2023 | $500 Withdrawn from Atlantic Federal Credit Union Bank Account belonging to Victim T.S. | Atlantic Federal Credit Union 3 Union Park Rd. Topsham, ME |

In violation of Title 18, United States Code, Sections 1344 and 2.

## COUNTS 9-15
### Aggravated Identify Theft

14. All prior paragraphs of this Indictment are incorporated herein.

15. On about the dates set forth below in each Count, in the District of Maine, the defendants,

**FLORIN GEORGE IONITA**

knowingly possessed and used, without lawful authority, a means of identification of another person, knowing that the means of identification belonged to a real person,

6

during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), to wit: Bank Fraud, in violation of 18 U.S.C. § 1344.

| Count | Date | Transaction Location | Means of Identification | Associated Felony Violation |
|---|---|---|---|---|
| 9 | 6/24/2023 | University Credit Union 391 Forest Ave. Portland, ME | cPort Credit Union financial account number belonging to Victim F.K. | 18 U.S.C. § 1344 (Count 2) |
| 10 | 6/26/2023 | Northeast Credit Union 45 Portland Rd Kennebunk, ME | Northeast Credit Union Bank financial account number belonging to Victim A.C. | 18 U.S.C. § 1344 (Count 3) |
| 11 | 7/8/2023 | Atlantic Federal Credit Union 41 Mallett Dr. Freeport, ME | Atlantic Federal Credit Union financial account number belonging to Victim D.D. | 18 U.S.C. § 1344 (Count 4) |
| 12 | 7/8/2023 | Atlantic Federal Credit Union 41 Mallett Dr. Freeport, ME | Atlantic Federal Credit Union financial account number belonging to Victim A.G. | 18 U.S.C. § 1344 (Count 5) |
| 13 | 7/8/2023 | Midcoast Federal Credit Union 186 Lower Main St. Freeport, ME | Atlantic Federal Credit Union financial account number belonging to Victim T.P. | 18 U.S.C. § 1344 (Count 6) |
| 14 | 7/8/2023 | Midcoast Federal Credit Union 186 Lower Main St. Freeport, ME | Atlantic Federal Credit Union financial account number belonging to Victim R.C. | 18 U.S.C. § 1344 (Count 7) |
| 15 | 7/8/2023 | Atlantic Federal Credit Union 3 Union Park Rd. Topsham, ME | Atlantic Federal Credit Union financial account number belonging to Victim T.S. | 18 U.S.C. § 1344 (Count 8) |

In violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

## FORFEITURE NOTICE

16. Upon conviction of one or more of the offenses in violation of Title 18, United States Code, Sections 1349 and 1344 set forth in Count One of this Indictment, or in violation of Title 18, United States Code, Section 1344, set forth in Counts Two through Eight of this Indictment, the defendants,

**FLORIN GEORGE IONITA**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(2)(A), any property constituting, or derived from, proceeds the defendants obtained directly or indirectly as the result of the offense including, but not limited to, a money judgment in the amount of all such proceeds.

17. If any of the property described in Paragraph 15, above, as being forfeitable pursuant to Title 18, United States Code, Section 982(a)(2)(A), as a result of any act or omission of the defendants—

   a. cannot be located upon the exercise of due diligence;
   b. has been transferred or sold to, or deposited with, a third party;
   c. has been placed beyond the jurisdiction of the Court;
   d. has been substantially diminished in value; or
   e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 18, United States Code, Section 982(b), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in paragraph 15 above.

All pursuant to Title 18, United States Code, Section 982(a)(2).

Dated: March 20, 2024

A TRUE BILL.

*[signature]*

ASSISTANT UNITED STATES ATTORNEY

Signature Redacted – Original on file with the Clerk's Office

9